BLANK ROME LLP
Ana Tagvoryan (SBN 246536)
atagvoryan@blankrome.com
Harrison Brown (SBN 291503)
hbrown@blankrome.com
2029 Century Park East | 6th Floor
Los Angeles, CA 90067
Telephone:  424.239.3400
Facsimile:   424.239.3434

Attorneys for Defendant,
GREEN RUSH GROUP, INC.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORDAN BEAL, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GREEN RUSH GROUP, INC., and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 3:20-cv-02195-MMA-BGS<br><br>*Assigned to Hon. Michael M. Anello*<br><br>**DEFENDANT GREEN RUSH GROUP, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>(*Memorandum of Points and Authorities, [Proposed] Order and Proof of Service filed concurrently herewith*)<br><br>Date:      June 7, 2021<br>Time:     2:00 p.m.<br>Location: Courtroom 3D<br>              221 West Broadway<br>              San Diego, CA 92101 |

125768779

**DEFENDANT GREEN RUSH GROUP, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS**

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on June 7, 2021, at 2:00 p.m., or as soon as this matter may be heard before the Honorable Michael M. Anello in Courtroom 3D of the above-entitled Court located at 221 West Broadway, San Diego, California 92101, Defendant Green Rush Group, Inc. ("Defendant") will and hereby does move pursuant to Federal Rule of Civil Procedure 12(b)(6) to dismiss Plaintiff Jordan Beal's ("Plaintiff") Complaint on the ground that it fails to state a claim under the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227 *et seq*.

This Motion is based on this Notice of Motion and Motion, the supporting Memorandum of Points and Authorities, all pleadings and papers on file in this case, all matters of which this Court may otherwise take judicial notice, and the arguments of counsel.

DATED:  April 23, 2021            BLANK ROME LLP

By: *s/ Ana Tagvoryan*
Ana Tagvoryan
Harrison Brown
Attorneys for Defendant,
GREEN RUSH GROUP, INC.